■ In the Matter of LEROY GREEN, Appellant, v THOMAS COUGHLIN, as Commissioner of New York State Department of Correctional Services, Respondent.—Judgment unanimously reversed, on the law, petition granted, determination annulled

and all references thereto expunged from petitioner's record. Memorandum: Because the inmate behavior rules relied upon by the Commissioner in this disciplinary matter *(see,* 7 NYCRR part 270) "were not filed with the Secretary of State at the time of the alleged violations * * * the rules were of no effect whatever, and findings of guilt based on them must be vacated" *(People ex rel. Roides v Smith,* 67 NY2d 899, 901; *see, Matter of Jones v Smith,* 64 NY2d 1003). This argument may be raised for the first time on appeal *(People ex rel. Roides v Smith, supra).* (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J., and art 78 proceeding transferred by said judgment.) Present—Dillon, P. J., Callahan, Denman, Green and Pine, JJ.